**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| IN RE: NOMINATION PETITION OF MEL | : No. 17 WAP 2014 |
| M. MARIN FOR THE DEMOCRATIC | : |
| NOMINATION FOR U.S. | : Appeal from the Order of the |
| REPRESENTATIVE FROM THE 3RD | : Commonwealth Court dated April 14, 2014 |
| CONGRESSIONAL DISTRICT | : at No. 174 MD 2014. |
| | : |
| | : |
| | : |
| APPEAL OF:   MEL M. MARIN | : |

## <u>ORDER</u>

**PER CURIAM**

AND NOW, this 24th day of December, 2014, the Application to Dismiss is granted.